UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:13-cv-179-TDS-JLW

| | |
|---|---|
| VICKIE DOWDY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GC SERVICES LIMITED PARTNERSHIP; and )<br>DOES 1 through 10, inclusive, )<br>)<br>Defendant. ) | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules Civil Procedure, Plaintiff Vickie Dowdy, and Defendant GC Services Limited Partnership, by and through their undersigned counsel, hereby stipulate and agree that this action be dismissed *with prejudice* in its entirety. Each party is to pay their own costs and attorneys fees that are due.

Respectfully submitted this 15th day of May, 2013.

/s/ *Caren D. Enloe*  
Caren D. Enloe  
*Attorney for Defendant*  
NC State Bar No.: 17394  
Morris, Manning & Martin, LLP  
PO Box 12768  
Research Triangle Park, NC 27709  
Telephone: (919) 608-2969  
Facsimile: (91) 806-2057  
Email: cenloe@mmmlaw.com  

/s/ *Christopher D. Lane*  
Christopher D. Lane  
*Attorney for Plaintiff*  
NC State Bar No.: 20302  
Law Office of Christopher D. Lane  
3802-A Clemmons Rd  
Clemmons, NC 27012  
Telephone: (336) 766-8085  
Fax: (336) 766-9145  
Email: cdllaw@juno.com

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 15th, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Defendant, and I hereby certify that I have mailed the document to the following non CM/ECF participants: none.

Caren D. Enloe
*Attorney for Defendant*
Morris, Manning & Martin, LLP
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919) 608-2969
Facsimile: (91) 806-2057
Email: cenloe@mmmlaw.com

                                                          Respectfully submitted,

                                                         /s/ Christopher D. Lane
                                                         Christopher D. Lane
                                                         Attorney for Plaintiff
                                                         NC State Bar No.: 20302